UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-1315

_____

Filed: October 04, 2019

DAMON SEAN ALLEN

     Plaintiff - Appellant

v.

JAMES ALEXSANDER, Deputy Warden; UNKNOWN GOVERN, A.R.U.S.; CONNIE HORTON, Warden; ERICA HUSS, Deputy Warden; MIKE LAITEN, A.R.U.S.; KEN NEIMSTO, Inspector; DOUG TASSON, Inspector; JOEL PAVILLE, Recreation Director; ROBERT NAPEL, Warden; JEFFREY WOODS, Warden

     Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 09/12/2019 the mandate for this case hereby issues today.

COSTS: None